IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FRANK CHRISTIAN DUNN                                                     PETITIONER
Reg. # 32395-009

v.                               Case No. 2:25-cv-00121-BBM

C. HUMPHREY, Warden                                                    RESPONDENT

## **ORDER**

This habeas case is dismissed without prejudice because Petitioner Frank Christian

Dunn failed to update his mailing address as ordered, (Doc. 11), and the time to do so has

expired. RULE 5.5(c)(2), LOCAL RULES FOR THE EASTERN AND WESTERN DISTRICTS OF

ARKANSAS; FED. R. CIV. P. 41(b). An *in forma pauperis* appeal from this Order and

accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

SO ORDERED this 12th day of June, 2026.


_____
UNITED STATES MAGISTRATE JUDGE