IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FRANK CHRISTIAN DUNN                                      PETITIONER
Reg. # 32395-009

v.                          Case No. 2:25-cv-00121-BBM

C. HUMPHREY, Warden                                      RESPONDENT

## JUDGMENT

Consistent with the Order entered today, this action is dismissed without prejudice

for failure to prosecute.

SO ORDERED this 12th day of June, 2026.


_____
UNITED STATES MAGISTRATE JUDGE